```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 11295
   MAIA S JONES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9694

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/11/2006 and was confirmed 11/06/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.00%.

      The case was dismissed after confirmation 03/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00           .00             .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE     23325.74           .00         2744.27
AMC MORTGAGE               NOTICE ONLY      NOT FILED           .00             .00
CITY OF CHICAGO WATER DE   SECURED             271.37           .00          271.37
COOK COUNTY TREASURER      SECURED            2067.21           .00         1033.56
DELL FINANCIAL SERVICES    SECURED             350.00         20.14          102.70
DELL FINANCIAL SERVICES    UNSECURED        NOT FILED           .00             .00
MIDNIGHT VELVET            SECURED                .00           .00             .00
MIDNIGHT VELVET            UNSECURED            250.62           .00             .00
CAPITAL ONE                UNSECURED           1314.01           .00             .00
CITIBANK STUDENT LOAN      UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED            510.00           .00             .00
CITY OF CHICAGO            UNSECURED        NOT FILED           .00             .00
CITY OF CHICAGO            NOTICE ONLY      NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED           1081.01           .00             .00
ASSET ACCEPTANCE LLC       UNSECURED            433.74           .00             .00
ISAC                       UNSECURED          20190.85           .00             .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT       354.00           .00          354.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        3,000.00                      3,000.00
TOM VAUGHN                 TRUSTEE                                            492.01
DEBTOR REFUND              REFUND                                              11.95

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              8,030.00

PRIORITY                                        354.00
SECURED                                        4,151.90
    INTEREST                                      20.14
UNSECURED                                           .00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 11295 MAIA S JONES
```

```
ADMINISTRATIVE                                                   3,000.00
TRUSTEE COMPENSATION                                               492.01
DEBTOR REFUND                                                       11.95
                                        ---------------    ---------------
TOTALS                                         8,030.00           8,030.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 06/25/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

                                   PAGE   2
CASE NO. 06 B 11295 MAIA S JONES